UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| JAMIE WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:17-CV-189-SNLJ |
| ) | |
| WERNER ENTERPRISES, INC., and ) | |
| JEFFERY O. MCGHEE ) | |
| ) | |
| Defendants. ) | |

## **MEMORANDUM AND ORDER**

This matter is before the Court on review of the file. This case was filed back in October 2017. To date, defendant Jeffery McGhee has not been served. Under Rule 4(m) of the Federal Rules of Civil Procedure,

> [i]f a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Fed. R. Civ. P. 4(m). On May 15, 2018, this Court gave plaintiff fourteen days to show good cause for why Mr. McGhee has not been served. The fourteen-day period has expired, and plaintiff has not shown good cause. Thus, Mr. McGhee is dismissed without prejudice.

Accordingly,

**IT IS HEREBY ORDERED** that this case is dismissed without prejudice against Mr. McGhee.

1

**IT IS FURTHER ORDERED** that the stay in this case is lifted.

So ordered this   31st   day of May 2018.

                                                                    /s/ Stephen N. Limbaugh, Jr.
                                                                    STEPHEN N. LIMBAUGH, JR.
                                                                    UNITED STATES DISTRICT JUDGE